# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144195

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC: 144195
                                                     COA: 304460
                                                     Gratiot CC: 07-005494-FC
STEPHEN LEE STEELE,
        Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the October 4, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

h0319